**Order filed December 1, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00484-CR
_____

**KENNETH RAY BROUSSARD, SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 61,951**

## ORDER

The clerk's record in this appeal was filed July 13, 2011. On November 18, 2011, the Brazoria County District Clerk's office forwarded the trial court's Findings of Fact and Conclusions of Law signed November 15, 2011.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before **December 16, 2011**, containing the trial court's Findings of Fact and Conclusions of Law signed November 15, 2011. *See* Tex. R. App. P. 34.5(c).

PER CURIAM